IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

VS.  DOCKET NO. 4:09CR4TSL-JCS

LASHUNDA P. GILMORE

## ORDER

It is order that the court's order regarding defendant's bond shall be filed under seal.

SO ORDERED AND ADJUDGED this the _22nd day of October, 2009.

/S/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE